# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LYDIA VASQUEZ-BRENES, and
RICARDO BRENES,

        Plaintiff(s),

v.

LAS VEGAS METROPOLITAN
POLICE DEPARTMENT, et al.,

        Defendant(s).

2:12-CV-1635 JCM (VCF)

## ORDER

Presently before the court is defendants' motion for attorney fees and costs. (Doc. # 28). Plaintiffs have filed a response (doc. # 29).

This motion is a duplicate of a separately filed motion to compel. (Doc. # 27). The motions are identical and seek to compel discovery requests and collect fees based on such. However, the motion to compel (doc. # 27) was denied by the magistrate in a written order. (*See* doc. # 42). As such, the identical pending motion for fees (doc. # 28) is denied as moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion for attorney fees and costs (doc. # 28) be, and the same hereby is, DENIED as moot.

DATED February 6, 2014.

                                                        */s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**