James C. Mahan
U.S. District Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| LYDIA VASQUEZ-BRENES, et al., | Case No. 2:12-CV-1635 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

Presently before the court is the appellate commissioner's order remanding the ongoing appeal in this case "for the limited purpose of enabling the district court to consider appellants' Federal Rule of Civil Procedure 60(a) motion." *Lydia Vasquez-Brenes, et al v. LVMPD, et al*, 17-15492, docket entry 11 at 1 (9th Cir. May 25, 2017).

There is currently no rule 60(a) motion on the district court docket.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs shall submit their rule 60(a) motion to this court within seven (7) days of the date of this order.

IT IS FURTHER ORDERED that plaintiffs shall indicate whether their motion is unopposed.

DATED June 8, 2017.

_____
UNITED STATES DISTRICT JUDGE